# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EAST COAST AESTHETIC SURGERY NJ,<br><br>Plaintiff,<br><br>-against-<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>Defendant. | Index No.: 23-01228<br><br>**NOTICE AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff East Coast Aesthetic Surgery NJ., by and through its undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendant Cigna Health and Life Insurance Company without prejudice. Each party shall bear their own costs.

Dated: Oakland, New Jersey
June 20, 2023

GOTTLIEB AND GREENSPAN, LLC
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 6/26/2023**

By:  /s/ Michael Gottlieb
Michael Gottlieb
169 Ramapo Valley Road, Suite ML3
Oakland, New Jersey 07436
(201) 644-0896

1